JS - 6

**FILED: 3/14/2013**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CV 12-10648 GHK (RZx) |
| vs. ) | |
| ) | |
| HERZING UNIVERSITY ) | **ORDER OF DISMISSAL** |
| ) | |
| Defendants. ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated. The *scheduling conference* set for Monday, March 18, 2013 is hereby **TAKEN OFF CALENDAR** and the hearing date is **VACATED.**

Dated: 3/14/13

GEORGE H. KING
Chief United States District Judge